CHRISTOPHER J. CHRISTIE
United States Attorney
By: Harvey Bartle, IV
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey  07102
(973) 645-2700

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. William H. Walls |
| v. | : | Criminal No. 07-1023 |
| JORGE CRUZ-VELOZ | : | CONSENT JUDGMENT AND ORDER OF FORFEITURE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Assistant United States Attorney Harvey Bartle, IV, appearing), for the entry of a consent judgment and order of forfeiture, and defendant Jorge Cruz-Veloz (Paul E. Warburgh, Jr., Esquire, appearing), having consented to the request; and the Court having found that:

**WHEREAS**, the defendant, Jorge Cruz-Veloz, pursuant to 18 U.S.C. § 982(a)(6), has agreed to forfeit to the United States $554 in United States currency for violations of 8 U.S.C. § 1324(a);

**WHEREAS**, the defendant, Jorge Cruz-Veloz, has specifically acknowledged notice of the criminal forfeiture, consented to the entry of a Consent Judgment and Order of Forfeiture, and waived his right to be present and heard on the timing and form of this

order pursuant to Federal Rules of Criminal Procedure 32.2(a) and 43(a);

**WHEREAS,** the defendant, Jorge Cruz-Veloz, has agreed not to contest the forfeiture of the above referenced property;

**WHEREAS,** by virtue of the above, the United States is now entitled to possession of the $554 in United States currency pursuant to 18 U.S.C. § 982(a)(6) and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS,** the defendant, Jorge Cruz-Veloz, has waived and abandoned all right, title and interest in the aforementioned $554 in United States currency; and defendant, Jorge Cruz-Veloz, has further waived, released and withdrawn any claim that defendant may have made with respect to the $554 in United States currency, and waived and released any claim that defendant might otherwise have made to that property in the future; and

It is hereby **ORDERED, ADJUDGED AND DECREED:**

1. That $554 in United States currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 982;

2. That the $554 in United States currency is to be held by the United States Bureau of Immigration and Customs Enforcement; and

3. That pursuant to applicable law the United States Bureau of Immigration and Customs Enforcement shall publish at least

once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States' intent to dispose of such property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the $554 in United States currency must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

4. That this notice: (a) shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the $554 in United States currency; (b) shall be signed by the petitioner under penalty of perjury, and (c) shall set forth the nature and extent of the petitioner's right or interest in the aforementioned $554 in United States currency and any additional facts supporting the petitioner's claim and the relief sought;

5. That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Consent Judgment and Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

6. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture.

**ORDERED** this 6 day of May, 2008.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

_____   4/30/08
By: Harvey Bartle, IV             Dated
Assistant U.S. Attorney

_____   4-30-08
Paul E. Warburgh, Jr., Esquire    Dated
Counsel for the Defendant

_____   _____
Defendant Jorge Cruz-Veloz        Dated

4