NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | **ORDER DENYING PETITION** |
| v. | : : | **FOR WRIT OF CORAM NOBIS** |
| JORGE CRUZ-VELOZ, | : : | Civ. No. 07-1023 (WHW) |
| Defendant. | : : : : : | |

**THIS MATTER** coming before the Court upon the application of Jorge Cruz-Veloz for a Writ of Error Coram Nobis to vacate his conviction and withdraw his guilty plea pursuant to 28 U.S.C.A. § 1651(a), and the Court having reviewed the submissions and arguments of the parties,

**IT IS** on this 19th day of July, 2010

**ORDERED** that Petitioner Cruz-Veloz's petition is **DENIED**.

s/ William H. Walls
United States Senior District Judge